**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-1686**

_____

In re:  TREVOR LITTLE,

                Petitioner.

_____

On Petition for Writ of Mandamus.  (2:12-cv-08385)

_____

Submitted:  August 12, 2014         Decided:  August 18, 2014

_____

Before NIEMEYER, SHEDD, and AGEE, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Trevor Little, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Trevor Little petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his petition for writ of audita querela. He seeks an order from this court directing the district court to act. We find the present record does not reveal undue delay in the district court. Accordingly, although we grant leave to proceed in forma pauperis, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED